

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00246-CR

Destyn David **FREDERICK**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 11-09-00041-CRL
Honorable Donna S. Rayes, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED September 9, 2015.

*Sandee Bryan Marion*
Sandee Bryan Marion, Chief Justice